UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NATIONWIDE GENERAL INSURANCE :
COMPANY, as subrogee of SALIL SETHI AND :
KHUSHPREET KAUR *and* as subrogee of JING :
CHEN AND BO ZHU, :
                          Plaintiffs, :
                                      :
               -against- :
                                      :
  RAEL MAINTENANCE CORP., :
                       Defendant. :
------------------------------------------------------------------X

        1:23-cv-4433-GHW;
        1:23-cv-4462-GHW;
        1:23-cv-5193-GHW;
        1:23-cv-8717-GHW

**JUDGMENT**

------------------------------------------------------------------X
THE CINCINNATI INSURANCE COMPANY, :
                                      :
                            Plaintiff, :
               -against- :
                                      :
  RAEL MAINTENANCE CORP., :
                       Defendant. :
------------------------------------------------------------------X

------------------------------------------------------------------X
USAA CASUALTY INSURANCE COMPANY, as :
subrogee of JAMES ANDERSON, :
                            Plaintiff, :
-against- :
                                      :
RAEL MAINTENANCE CORP., :
                       Defendant. :
------------------------------------------------------------------X

------------------------------------------------------------------X
TRAVELERS EXCESS AND SURPLUS LINES :
COMPANY a/s/o PARK ROW 23 OWNERS :
LLC, :
                            Plaintiff, :
               -against- :
                                      :
  RAEL MAINTENANCE CORP., :
                       Defendant. :
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 24, 2024, Defendants' motions to dismiss are GRANTED and Plaintiffs' claims are dismissed without prejudice; accordingly, the cases are closed.

**Dated:** New York, New York

April 25, 2024

                                                              **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

**BY:** _____
                                                              **Deputy Clerk**